UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN HALLETT;<br>EARLYBIRD DIGITAL, INC.,<br><br>                               Plaintiffs,<br><br>-against-<br><br>MICHAEL F. CIPRIANI;<br>ROSENTHAL & ROSENTHAL,<br><br>                               Defendants. | 20-CV-8925 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, Chief United States District Judge:

    On November 5, 2020, the Court received a letter from Plaintiff Megan Hallett, *see* ECF No. 3, requesting to close this action because she no longer wishes to pursue the matter in this Court. The Court therefore grants Plaintiff's request. This action is withdrawn pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

## CONCLUSION

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

    The action is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a).

    This order closes this case.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   November 5, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge